## STATE *v.* MONTGOMERY

[App. No. 51, September Term, 1961.]

*Decided April 19, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

Application by the State for leave to appeal from the grant of post conviction relief is denied for the reasons stated in the opinion of Judge Allen in the court below.